could be contested at common law by the administrator notwithstanding its being allowed by the commissioners, and so *nonconstat*, that anything is due on said note.

Judgment of the County Court — That the plea in bar was sufficient. The same matters were assigned for error which were contained in the special demurrer.

Judgment — That there is nothing erroneous in the judgment complained of. It is the province of the commissioners to offset counterclaims, between the creditors and the deceased, and to report only the balance they find due. The administrator may contest the note at common law, notwithstanding such offset; and if the note is avoided then the remedy will be clear for the plaintiff to recover the book-debt.

---

**NEW HAVEN COUNTY, JANUARY TERM, A. D. 1792.**

### LAWRENCE v. CLARK.

In an action of *indebitatus assumpsit* for money had and received by the defendant, it is not necessary to say of whom it was received.

INDEBITATUS ASSUMPSIT for money had and received; declaring, that on or about the 13th of December A. D. 1789, the defendant became indebted to the plaintiff in the sum of £193 12s. 6d. money of New York, for so much money had and received for the use of the plaintiff, and to pay over to her, and being so indebted, etc. he assumed and promised, etc. Demurrer to the declaration.

The only exception taken was — That the declaration was too general, in that it did not point out of whom or by whose hands the money was received, whereby the defendant could know how to make defense.

Judgment — That the declaration is sufficient. This is according to the forms of declaring in actions of *indebitatus assumpsit* generally, for money had and received.